THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Black, Appellant.
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No. 2008-UP-691
Submitted December 1, 2008  Filed
 December 11, 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: David Black appeals his guilty pleas and sentences for
 shoplifting and simple assault and battery, arguing the trial judge erred in
 accepting his guilty plea.  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.